# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>MARY EVELYN DUBERG and MEDTRONIC, INC.,<br><br>     Defendants. | Civil No. 10-4525 (RHK/SRN)<br><br>**ORDER** |

This matter came before the Court on the Motion of plaintiff Boston Scientific Corporation ("Boston Scientific") seeking an order cancelling the bond Boston Scientific posted on December 1, 2010. (See Dkt. No. 34.)

Having reviewed the Motion, **IT IS HEREBY ORDERED THAT** Boston Scientific's Motion for Cancellation of Bond, number 37S 105353047-201111, is **GRANTED**; accordingly, said Bond is **DISCHARGED**.

Dated: November 22, 2011        s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge